## STATE OF CONNECTICUT *v.* ROBERT D. JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 762 (AC 20849), is denied.

*Adele V. Patterson*, assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided September 12, 2005

## GEORGE L. KREGOS *v.* MARK P. STONE

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 459 (AC 24852), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Geoffrey S. Brandner*, in support of the petition.

*Jeffrey W. Keim*, in opposition.

Decided September 12, 2005